**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Tallat Ishak,<br><br>                    Plaintiff,<br><br> -v-<br><br> Modell Collateral Loans Inc., and<br>Eric Modell,<br><br>                    Defendants. | Civ. Action #: 24-CV-04764<br>(KPF)(JW)<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 16, 2024; and Defendants Modell Collateral Loans Inc., and Eric Modell, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Tallat Ishak in the amount of $50,000.00, inclusive of all penalties, interest, costs and attorney fees;

ORDERED and ADJUDGED that judgment is entered in favor of Tallat Ishak and against Defendants Modell Collateral Loans Inc., and Eric Modell, in the amount of $50,000.00, inclusive of all penalties, interest, costs and attorney fees.

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.

Dated:    October 17, 2024          SO ORDERED.
          New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE